ACCEPTED
06-15-00091-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/24/2015 9:43:46 AM
DEBBIE AUTREY
CLERK

NO. 06-15-00091-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/24/2015 9:43:46 AM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS

## TEXARKANA, TEXAS

## ON APPEAL FROM THE COUNTY COURT AT LAW

## PANOLA COUNTY, TEXAS

## TRIAL COURT NUMBER 2013-457

## BRAMMER PETROLEUM, INC.,

## APPELLANT

## v.

## BAGLEY MINERALS, L.P., BILLY MCFADDEN AND ARTHUR MCFADDEN,
## APPELLEES

## JOINT MOTION TO EXTEND TIME TO FILE BRIEFS

In accordance with Texas Rules of Appellate Procedure 10.5 and 38.6(d), Appellant Brammer Petroleum, Inc. and Appellees Bagley Minerals, L.P., Billy McFadden and Arthur McFadden (collectively referred to herein as "the Parties") file this Joint Motion for Extension of Time to File Briefs as follows:

## I.

Appellant's Brief is currently due on or before December 23, 2015.

Appellant request an extension of the deadline to file its brief. If granted, that would make Appellant's Brief due on or before **Friday, January 22, 2016**. This is Appellant's first requested extension of its briefing deadline.

Following the Rules thereafter, Appellee's Brief would then be due on February 22, 2016 and any Reply Brief by Appellant would be due on March 14, 2016.

## II.

Appellant Brammer Petroleum, Inc. requests this extension because its appellate counsel is preparing for 3-4 day jury trial in Cause No. 2013-36621A styled *Lawsky v. SureTec Insurance Co.*, in the 61st District Court of Harris County set for trial on December 7, 2015. Further, a significant portion of Appellee's response time would fall during the holidays. All counsel for the Parties need this extension due to the press of numerous other business and litigation matters. Allowing Appellees an extension on its brief would provide for a single briefing schedule.

## III.

The parties have conferred, and Appellees do not oppose and join in the requested extension.

## IV.

The Court may grant an extension of time to file a brief under the authority of Texas Rule of Appellate Procedure 10.5(b). Because this is an unopposed joint motion to extend time to file a brief, it may be determined by the Court without waiting the 10-day submission delay. *See* Tex. R. App. P. 10.3(a)(1)-(2).

WHEREFORE, Appellees request an extension for filing their briefs, making the Appellees' Briefs due on or before **January 22, 2016**.

Respectfully submitted,

/s/ Konor Cormier
Konor A. Cormier
State Bar No. 24040731
MehaffyWeber, P.C.
One Allen Center
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Facsimile: (713) 655-0222
**Counsel for Appellant Brammer Petroleum, Inc.**

/s/ J. Don Westbrook
J. Don Westbrook
State Bar No. 24040731
Coghlan Crowson
1127 Judson Road
Suite 211
Longview, TX 75601
Phone: (903) 758-5543
Facsimile: (903) 753-6989
**Counsel for Appellees**

## CERTIFICATE OF SERVICE

I hereby certify that on November 24th, 2015, a true and correct copy of this Motion was served in accordance with the Texas Rules of Appellate Procedure by electronic filing and/or first-class U.S. mail to all known counsel of record.

/s/ *Konor Cormier*